**16 CR 017 JDP**

*2016 FEB 18 AM 10: 22*
*PETER OPPENEER*
*CLERK US DIST COURT*
*WD OF WI*

**Place of Offense:**
City: _____
County/Parrish: _____

**Related Case Information:**
Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20 / R40 from District of _____

**Defendant information:**
Matter to be Sealed _____ Yes ✔ No
Def. Name: Travis Eicher
Alias Name: _____
City/State: Oregon
Year of Birth: 1977      Last 4 digits of SSN _____
Sex: M      Race: W

**U.S. Attorney Information:**
AUSA: ELIZABETH ALTMAN      Bar #: _____
Interperter: ✔ No _____ Yes      List language and/or dialect: _____

**Location Status:**
Arrest Date: _____
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 3      ___ Petty      ___ Misdemeanor      ✔ Felony
___ Class A
___ Class B
___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC § 2261A(2)(B) | Stalking | 1 |
| Set 2 | 18 USC § 912 | Falsely assuming the identity of an FBI agent | 2, 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: February 17, 2016      **Signature of AUSA** /s/ ELIZABETH ALTMAN