IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 FEB 18  AM 10: 23
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 16 CR 017 JDP |
| TRAVIS EICHER, | 18 U.S.C. § 2261A(2)(B) |
| Defendant. | 18 U.S.C. § 912 |

THE GRAND JURY CHARGES:

### COUNT 1

Between on or about February 25, 2015, to in or about March 2015, in the Western District of Wisconsin and elsewhere, the defendant,

**TRAVIS EICHER,**

with the intent to harass and intimidate another person, specifically, Known Victim #1, used an electronic communication system of interstate commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Known Victim #1.

(In violation of Title 18, United States Code, Section 2261A(2)(B)).

### COUNT 2

On or about February 24, 2015, in the Western District of Wisconsin and elsewhere, the defendant,

**TRAVIS EICHER,**

falsely assumed and pretended to be an officer and employee acting under the authority thereof, and acted as such, in that he falsely stated that he was a Special Agent of the Federal Bureau of Investigation to Known Victim #1's Employer.

(In violation of Title 18, United States Code, Section 912).

## COUNT 3

On or about February 25, 2015, in the Western District of Wisconsin and elsewhere, the defendant,

TRAVIS EICHER,

falsely assumed and pretended to be an officer and employee acting under the authority thereof, and acted as such, in that he falsely stated that he was a Special Agent of the Federal Bureau of Investigation to Known Victim #1.

(In violation of Title 18, United States Code, Section 912).

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 2-17-16